1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**OMAR LIZARRAGA-CEDANO**,

Defendant.

CR-04-15-FVS

**ORDER DENYING MOTION TO VACATE**

    **THE DEFENDANT** having previously sought relief pursuant to 28 U.S.C. § 2255; the Court having denied separate § 2255 motions on August 9, 2007, and August 23, 2010; the instant motion to vacate therefore being a successive § 2255 motion; and it being clearly established the defendant must obtain permission from the Ninth Circuit before again seeking relief pursuant to  § 2255; Now, therefore

    **IT IS HEREBY ORDERED**:

    1. The Defendant's motion to vacate (**ECF No. 280**) is denied because he has not obtained permission from the Ninth Circuit to file a successive § 2255 motion.

Order ~ 1

1

2. The defendant may not file a motion for reconsideration.

2

3. The Court will not issue a certificate of appealability.

3

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file

4

5

this Order and furnish copies to the defendant and to counsel for the plaintiff.

6

**DATED** this 19th day of July, 2016.

7

8

9

s/Fred Van Sickle

FRED VAN SICKLE

10

Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order ~ 2